**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER ON MOTION FOR REHEARING OR REHEARING EN BANC

Appellate case name:      In the Interest of I.V.H., a Child

Appellate case number:   01-19-00281-CV

Trial court case number:  17-DCV-245784

Trial court:                      328th District Court of Fort Bend County

 

The panel and the rest of the en banc Court having voted unanimously, Appellants' motion for rehearing and for rehearing en banc is **denied**.

 

Justice's signature:   ____/s/ Justice Gordon Goodman_____
                                   Justice Goodman, acting for the Court

Before: Chief Justice Radack and Justices Keyes, Lloyd, Kelly, Goodman, Landau, Hightower, and Countiss. Panel consists of Justices Lloyd, Goodman, and Landau.

Date: January 28, 2020